IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GLORIA A. JONES           *

v.                        *            Civil No. CCB-18-2301

MARYLAND TRANSIT ADMINISTRATION *

**************

# MEMORANDUM

Gloria Jones, representing herself, filed suit in this court against the Maryland Transit Administration ("MTA") alleging that the MTA failed to accommodate her religious beliefs in regard to scheduling her work as a bus driver in December 2016 and April 2017.[1] (Compl. at 5, ECF No. 1). Ms. Jones explains that she was required to use personal or vacation leave and/or have "misses" on her attendance records on one or more unspecified dates that were, for her, religious holidays. (Id. at 6, 7). The MTA filed a motion to dismiss or for summary judgment, (Def.'s Mot. ECF No. 16), with attached affidavits and a copy of the Collective Bargaining Agreement ("CBA") applicable to those working as bus drivers for the MTA. Ms. Jones filed an opposition. (ECF No. 18).

The record reflects that any issues as to Ms. Jones's schedule, including days when she may have had to use personal or vacation leave to accommodate her religious holidays, are the result of the CBA between the MTA and its drivers. Under the terms of the CBA, bus drivers select work schedules based on seniority. (*See* Def.'s Mot. Ex 3 at 10, ECF No. 16-4). Ms. Jones had less seniority in 2016 and 2017 than other MTA employees, and the MTA could not disregard seniority under the terms of the CBA.

---

[1] Ms. Jones exhausted her complaint with the EEOC, which did not conclude that a violation had been shown.

Permitting use of other leave days is an acceptable method of accommodating Ms. Jones. *See Trans World Airlines, Inc. v. Hardison*, 432 U.S. 63, 83 (1977); *Harrell v. Donahue*, 638 F.3d 975, 980 (8th Cir. 2011); *EEOC v. Firestone Fibers & Textiles Co.*, 515 F.3d 307, 315–17 (4th Cir. 2008).

Because Ms. Jones has proffered no evidence to support a violation of Title VII, 42 U.S.C. § 2000e *et seq.*, the MTA's motion will be granted. A separate Order follows.

5/1/19
Date

/s/ CCB
Catherine C. Blake
United States District Judge